UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH ALAN GRAY, JR.,<br><br>Defendant. | No. 2:06-CR-2017-LRS-1<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXPEDITE AND MOTION TO MODIFY CONDITIONS OF RELEASE**<br><br>**ACTION REQUIRED** |

**IT IS HEREBY ORDERED:**

Defendant's Motion to Expedite (ECF No. 80) and Motion to Modify Conditions of Release (ECF No. 79) are **GRANTED**. Defendant's conditions of pretrial release are modified as follows. The Court adds condition number eleven (11) which reads as follows:

(11) You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

ORDER - 1

All other conditions previously imposed pursuant to this Court's order, *see* ECF No. 78, remain in full force and effect.

DATED this 4th day of February, 2016.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
SENIOR U. S. DISTRICT COURT JUDGE

ORDER - 2